AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 377<br>4:16-MJ-277 | Date and time warrant executed:<br>6/23/2016 7:00 am | Copy of warrant and inventory left with:<br>Susanne Stutheit |
| Inventory made in the presence of :<br>Elmore Armstrong, Special Agent | | |

Inventory of the property taken and name of any person(s) seized:

1. Samsung Tablet, S/N R52G11LYF7F

2. Samsung Galaxy, S/N R38GA0C72EF

3. Miscellaneous Documents (passwords, resume)

4. LG Cellular Phone

5. Hard Drives (2)

6. Compaq Presario, S/N 2CE931FYZS

7. IBM Travel Star Hard Drive

8. Hitachi Hard Drive, S/N ACJW86YF

9. Seagate Hard Drive, S/N 5JS30C9K

10. Western Digital Hard Drive, S/N WMACM1524859

11. Western Digital Hard Drive, S/N WCAAT1549310

12. Western Digital Hard Drive, S/N WX21CC1W3133

13. Samsung Galaxy S3

**FILED**

**June 30, 2016**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   06/23/2016

_Executing officer's signature_

Amanda Johnson, Special Agent
_Printed name and title_

## ATTACHMENT A
## DESCRIPTION OF ITEM TO BE SEARCHED

820 Sequoia Way, Saginaw, Texas 76131

The residence is described as a 2,441 square foot, two-story residence, constructed of brown brick with beige trim.  "820" is displayed on the brick next to the garage door. This residence is located in Saginaw, Tarrant County, which is within the Northern District of Texas.

The search also includes the search of vehicles located at or near the premises, which fall under the dominion and control of the person or persons associated with said premises. The search of these vehicles is to include all internal and external compartments and all containers that may be associated with the storage of child pornographic materials or their instrumentalities contained within the aforementioned vehicles.



**ATTACHMENT B**
**DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED**

1.      Computers, tablets, mobile devices/cellular phones to include a Samsung SM0G920A smartphone, hard drives and computer hardware, computer software, computer related documentation, computer passwords and data security devices, videotapes, video recording devices, video recording players, and video display monitors that may be, or are used to: visually depict child pornography or child erotica; display or access information pertaining to a sexual interest in child pornography; display or access information pertaining to sexual activity with children; or distribute, possess, or receive child pornography, child erotica, or information pertaining to an interest in child pornography or child erotica.

2.      Evidence of who used, owned, or controlled the computer(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, accounts of Internet Service Providers.

3.      Records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence, rental or lease agreements, mortgage documents, rental or lease payments and credit card information, including, but not limited to, bills and payment records.

**Attachment B**

4.      Any and all notes, documents, records, computer files or correspondence, in any format and medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes) pertaining to the production, possession, receipt, or distribution of child pornography as defined in 18 U.S.C. § 2256(8) or to the production, possession, receipt, or distribution of visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

5.      Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

6.      Any and all cameras, film, videotapes or other photographic equipment.

**Attachment B**

AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No. 4:16-MJ-377 |
| 820 Sequoia Way | ) |
| Saginaw, Texas 76131 | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT   SEALED

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Texas_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____June 30, 2016_____

*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Jeffrey L. Cureton_____.

*(name)*

N/A ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____6/17/16 @ 2:25 pm_____              _____[signature]_____

*Judge's signature*

City and state:  _____Fort Worth, Texas_____        United States Magistrate Judge Jeffrey L. Cureton

*Printed name and title*